Michael MUNOZ, Plaintiff-Appellant,

v.

SUNTRUST BANK, Defendant-Appellee.

No. 16-1766

United States Court of Appeals, Fourth Circuit.

Submitted: January 20, 2017

Decided: January 26, 2017

Michael Munoz, Appellant Pro Se. Matthew William Krueger-Andes, Robert R. Marcus, Smith Moore Leatherwood LLP, Charlotte, North Carolina, for Appellee.

Before AGEE, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Munoz appeals the district court's order granting SunTrust Bank's motion to dismiss and dismissing Munoz's civil action for lack of prudential standing. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Munoz v. Suntrust Bank, No. 5:15–cv–00119–RLV–DCK, 2016 WL 3176594 (W.D.N.C. June 3, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED